**Dismiss and Opinion Filed April 30. 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00069-CR

### KENNETH BAZE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-01229-T

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140069F.U05